Harry T. Gause, Appellant, v. Commonwealth Trust Company of New York, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York v. David Rothschild.— Motion granted. Order filed.

The People of the State of New York v. Thomas Nolan.— Motion granted. Order filed.

The People of the State of New York v. Martin Conlon.— Motion denied, with leave to renew as stated in memorandum per curiam.

Alfred Freund and Another v. Bertha Kremer, as Administratrix, etc.— Motion granted, with ten dollars costs. Order filed.

Isbell-Porter Company v. Isaac Heineman.— Motion denied on payment of ten dollars costs. Order filed.

Sloss Iron and Steel Company v. Jackson Architectural Iron Works.— Motion denied on payment of ten dollars costs. Order filed.

Industrial and General Trust, Limited, v. J. Kennedy Tod and Another.— Motion denied. Order filed.

Industrial and General Trust, Limited, v. J. Kennedy Tod and Another.— Motion denied on payment of ten dollars costs. Order filed.

Edwin Blum v. Harry P. Whitney and Others.— Motion granted. Order filed.

Michael Mulville v. Metropolitan Street Railway Company.— Motion denied, with ten dollars costs. Order filed.

Louise Winter v. Charles Winter.— Application granted. Order signed.

Maria G. Coles v. Interurban Street Railway Company.— Motion denied, with ten dollars costs. Order signed.

George J. Jetter and Another v. John Scallon.— Application denied, with ten dollars costs.— Order signed.

In the Matter of Judicial Salesrooms.— Application denied, with leave to renew as stated in memorandum per curiam. Order filed.

The People of the State of New York ex rel. John A. Corcoran, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Respondent. — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Order filed.

Eppens, Smith & Wiemann Company, Respondent, v. The Hartford Fire Insurance Company of the City of Hartford, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.

Maude Haven, as Executrix, etc., of James Haven, Deceased, Appellant, v. William E. Nichols, Respondent.— Order affirmed, with costs. No opinion. Order filed.

George W. Rogers, Appellant, Respondent, v. Peter Herter and Peter J. Herter, Appellants, Impleaded with Maria A. Herter, Respondent.— Judgment affirmed, with costs to plaintiff, respondent, against defendants, appellants, and with costs to defendant, respondent, against plaintiff, appellant. No opinion. Order filed.

Jonas Weil and Bernhard Mayer, Respondents, v. Ulrike Bauer, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.

William J. Poth, Appellant, v. Commercial Advertiser Association, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

The People of the State of New York ex rel. William J. Morris, Appellant, v. William F. Baker and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York, Plaintiff, v. The Federal Bank of New York, Defendant. Broadway Trust Company, Petitioner, Appellant; Leo Schlesinger, as Receiver of The Federal Bank of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Benjamin Patterson, Appellant, v. John H. Woodbury Dermatological Institute, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. Edward Sellew, Appellant, v. Nicholas J. Hayes, as Fire Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

George E. Brown, Respondent, v. Fred H. Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

George E. Brown Respondent, v. Fred H. Smith, Appellant.— Motion denied,